1 Valorie Ferrouillet (SBN 217249)
  Email: vferrouillet@martin-martinllp.com
2 Matthew Soleimanpour (SBN 248434)
  Email: msoleimanpour@martin-martinllp.com
3 MARTIN & MARTIN, LLP
  3530 Wilshire Boulevard, Suite 1650
4 Los Angeles, California 90010
  Telephone: (213) 388-4747
5 Facsimile: (213) 388-6655

6 **Attorneys for** Defendants WALMART ASSOCIATES, INC.
  and WALMART STORES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA M. AMEZQUITA, | CASE NO: 2:18-cv-03292-R-PLA |
| Plaintiff, | **ORDER REGARDING JOINT STIPULATION FOR PROTECTIVE ORDER** |
| v. | |
| WAL-MART ASSOCIATES, INC., WAL-MART STORES, INC., DOMINICK SANCHEZ, and DOES 1 through 100, | |
| Defendants. | |

The parties in the above-captioned matter have agreed that these proceedings may involve the discovery and use of confidential, non-public, sensitive, or proprietary business, employment, tax, financial, and personally identifiable information, documents and other materials, and have agreed on a Joint Stipulation for Protective Order.

Having considered the Joint Stipulation for Protective Order so concurrently filed, and for good cause appearing thereto, it is hereby ordered as follows:

The Parties' Joint Stipulation for Protective Order filed August 31, 2018 (Dkt. No. 25) is **GRANTED**.

**IT IS SO ORDERED.**

September 4, 2018
Date

HON. MANUEL L. REAL
Judge, U.S. District Court

# **CERTIFICATE OF SERVICE**

I certify and declare as follows:

I am over the age of 18 years and not a party to the within action.

My business address is 3530 Wilshire Blvd., Suite 1650, Los Angeles, California 90010, where the mailing described below took place.

On September 4, 2018, I deposited in the United States Mail at Los Angeles, California, a true copy of **[PROPOSED] ORDER REGARDING JOINT STIPULATION FOR PROTECTIVE ORDER**, and served same on each party identified below. A copy of said document is attached to this Certificate.

Timothy J. Donahue, Esq.
LAW OFFICES OF TIMOTHY J. DONAHUE
374 South Glassell Street
Orange, CA 92866
Attorney for Plaintiff, Martha M. Amezquita

☒ BY MAIL: By placing [ ] the original and/or [ ] a true and correct copy enclosed in a sealed envelope with postage fully prepaid, in the U.S. mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon, fully prepaid at Los Angeles, California, in the ordinary course of business.

☐ BY PERSONAL SERVICE: By causing personal delivery of the document listed above to the person at the address set forth listed above.

☒ BY ELECTRONIC TRANSMISSION: As follows: The document was electronically transmitted on this date to _____.

☒ FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 4, 2018, at Los Angeles, California.

                                                Joni Scarlett