JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA M. AMEZQUITA, | CASE NO: 2:18-cv-03292-R(PLAx) |
| Plaintiff, | **ORER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WAL-MART ASSOCIATES, INC., WAL-MART STORES, INC., DOMINICK SANCHEZ, and DOES 1 through 100, | |
| Defendants. | |

- 1 -

# **ORDER**

The stipulation is approved. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire action, including all claims stated herein by Plaintiff as against Defendants, is hereby dismissed with prejudice.

Dated: March 21, 2019

By: _____
Hon. Manuel L. Real

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**